**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**

In Re:   FRANKLIN R GARCES                      §        Case No.: 07-20435
         MARIA C GARCES                         §
                                                §
                                                §
         Debtor(s)                              §

------------------------------------------------------------------------

**CHAPTER 13 STANDING TRUSTEE FINAL REPORT AND ACCOUNT**

Tom Vaughn, Chapter 13 Trustee, submits the following Final Report and Account of
the administration of the estate pursuant to 11 U.S.C § 1302(b)(1).  The trustee declares as
follows:

    1)     The case was filed on 11/01/2007.

    2)     The case was confirmed on 02/27/2008.

    3)     The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on
02/27/2008.

    4)     The trustee filed action to remedy default by the debtor in performance under the plan on
01/07/2009.

    5)     The case was dismissed on 05/13/2009.

    6)     Number of months from filing to the last payment:  17

    7)     Number of months case was pending:  20

    8)     Total value of assets abandoned by court order:  NA

    9)     Total value of assets exempted: $    36,800.00

    10)    Amount of unsecured claims discharged without payment $      .00

    11)    All checks distributed by the trustee to this case have cleared the bank.

**UST Form 101-13-FR-S(4/1/2009)**

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $ 9,965.00 |
| Less amount refunded to debtor | $ .00 |
| **NET RECEIPTS** | $ 9,965.00 |

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid through the Plan | $ 3,500.00 |
| Court Costs | $ .00 |
| Trustee  Expenses and Compensation | $ 763.30 |
| Other | $ .00 |
| **TOTAL EXPENSES OF ADMINISTRATION** | $ 4,263.30 |
| Attorney fees paid and disclosed by debtor | $ .00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| PEOPLES GAS LIGHT & | UNSECURED | 550.00 | 506.93 | 506.93 | .00 | .00 |
| GREATER CHICAGO FINA | SECURED | 4,000.00 | 5,226.84 | 4,573.59 | 4,551.18 | 140.28 |
| CHASE HOME FINANCE L | OTHER | NA | NA | NA | .00 | .00 |
| GREATER CHICAGO FINA | UNSECURED | 1,547.00 | .00 | 653.25 | .00 | .00 |
| AMERICAN GENERAL FIN | SECURED | 1,000.00 | NA | NA | .00 | .00 |
| AMERICAN GENERAL FIN | UNSECURED | 584.00 | NA | NA | .00 | .00 |
| CHASE HOME FINANCE L | SECURED | 158,962.00 | 151,809.35 | .00 | .00 | .00 |
| CHASE HOME FINANCE L | SECURED | NA | 26,169.27 | .00 | .00 | .00 |
| CHASE MANHATTAN | UNSECURED | 11,575.00 | NA | NA | .00 | .00 |
| CHASE MANHATTAN MORT | OTHER | NA | NA | NA | .00 | .00 |
| CHASE HOME FINANCE L | SECURED | 42,613.00 | 36,241.62 | .00 | .00 | .00 |
| CHASE HOME FINANCE L | SECURED | NA | 6,371.55 | .00 | .00 | .00 |
| INTERNAL REVENUE SER | OTHER | NA | NA | NA | .00 | .00 |
| DEPT OF TREASURY | OTHER | NA | NA | NA | .00 | .00 |
| INTERNAL REVENUE SER | OTHER | NA | NA | NA | .00 | .00 |
| ARCHER HEIGHTS CREDI | UNSECURED | 6,016.00 | 5,899.45 | 5,899.45 | 636.24 | .00 |
| ALBERT LAW FIRM | OTHER | NA | NA | NA | .00 | .00 |
| ARCHER HEIGHTS C U | UNSECURED | 2,200.00 | NA | NA | .00 | .00 |
| FRIEDMAN & WEXLER | OTHER | NA | NA | NA | .00 | .00 |
| AT & T | UNSECURED | 866.38 | NA | NA | .00 | .00 |
| ALLIED INTERSTATE | OTHER | NA | NA | NA | .00 | .00 |
| CCA | OTHER | NA | NA | NA | .00 | .00 |
| BALLYS TOTAL FITNESS | UNSECURED | 1,457.00 | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(4/1/2009)**

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| BANK FIRST | OTHER | NA | NA | NA | .00 | .00 |
| CAPITAL ONE | UNSECURED | 1,147.00 | 1,173.77 | 1,173.77 | .00 | .00 |
| CBE GROUP | UNSECURED | 836.00 | NA | NA | .00 | .00 |
| CCB CREDIT SERVICE I | UNSECURED | 70.00 | NA | NA | .00 | .00 |
| CITY OF CHICAGO PARK | UNSECURED | 300.00 | 160.00 | 160.00 | .00 | .00 |
| CREDIT COLLECTION SE | UNSECURED | 105.00 | NA | NA | .00 | .00 |
| DISH NETWORK | UNSECURED | 836.00 | NA | NA | .00 | .00 |
| E CHX | UNSECURED | 25.00 | NA | NA | .00 | .00 |
| F&W LLC | UNSECURED | 416.00 | NA | NA | .00 | .00 |
| PREMIER BANCARD CHAR | UNSECURED | 408.00 | 408.65 | 408.65 | .00 | .00 |
| FRIEDMAN & WEXLER | UNSECURED | 547.00 | NA | NA | .00 | .00 |
| HARRIS & HARRIS | OTHER | NA | NA | NA | .00 | .00 |
| HIGHWOOD TRAVEL | UNSECURED | 58,000.00 | NA | NA | .00 | .00 |
| ICE MOUNTAIN | UNSECURED | 152.00 | NA | NA | .00 | .00 |
| J & J ALARM SERVICES | UNSECURED | 225.00 | NA | NA | .00 | .00 |
| JOSE & THERESA NIETO | UNSECURED | 50,000.00 | NA | NA | .00 | .00 |
| M3 FINANCIAL SVCS | UNSECURED | 91.00 | NA | NA | .00 | .00 |
| MB FINANCIAL BANK | UNSECURED | 300.00 | NA | NA | .00 | .00 |
| MRSI | UNSECURED | 364.00 | NA | NA | .00 | .00 |
| MRSI | UNSECURED | 143.00 | NA | NA | .00 | .00 |
| NES IDAP | UNSECURED | 17,315.00 | NA | NA | .00 | .00 |
| ISAC | UNSECURED | 4,056.00 | 5,728.30 | 5,728.30 | .00 | .00 |
| NICOR GAS | UNSECURED | 541.00 | NA | NA | .00 | .00 |
| PHYSICIAN SPECIALTY | UNSECURED | 239.00 | NA | NA | .00 | .00 |
| PITNEY BOWES | UNSECURED | 55.00 | NA | NA | .00 | .00 |
| PORTFOLIO RC | UNSECURED | 741.00 | NA | NA | .00 | .00 |
| SALLIE MAE LSCF | UNSECURED | 5,507.00 | NA | NA | .00 | .00 |
| TOWN OF CICERO | UNSECURED | 50.00 | NA | NA | .00 | .00 |
| US CELLULAR | OTHER | NA | NA | NA | .00 | .00 |
| VICTOR SANCHEZ | UNSECURED | 39,000.00 | 47,613.76 | 47,613.76 | .00 | .00 |
| CHASE HOME FINANCE | OTHER | NA | NA | NA | .00 | .00 |
| HIGHWOOD TRAVEL | PRIORITY | 37,000.00 | NA | NA | .00 | .00 |
| PORTFOLIO RECOVERY A | UNSECURED | NA | 740.86 | 740.86 | .00 | .00 |
| ATT MOBILITY LLC | UNSECURED | NA | 852.59 | 852.59 | .00 | .00 |
| DANIEL J WINTER | PRIORITY | NA | .00 | 374.00 | 374.00 | .00 |
| EDUARDO TORRES | OTHER | NA | NA | NA | .00 | .00 |
| NATALIA GARCES | OTHER | NA | NA | NA | .00 | .00 |
| LUNA TRAVEL & TAX SE | OTHER | NA | NA | NA | .00 | .00 |
| LUNA TRAVEL & TAX SE | OTHER | NA | NA | NA | .00 | .00 |
| LUNA TRAVEL & TAX SE | OTHER | NA | NA | NA | .00 | .00 |
| LUNA TRAVEL & TAX SE | OTHER | NA | NA | NA | .00 | .00 |

## Summary of Disbursements to Creditors:

| | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | .00 | .00 | .00 |
| Mortgage Arrearage | .00 | .00 | .00 |
| Debt Secured by Vehicle | 4,573.59 | 4,551.18 | 140.28 |
| All Other Secured | .00 | .00 | .00 |
| **TOTAL SECURED:** | 4,573.59 | 4,551.18 | 140.28 |
| | | | |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | .00 | .00 | .00 |
| Domestic Support Ongoing | .00 | .00 | .00 |
| All Other Priority | 6,273.45 | 1,010.24 | .00 |
| **TOTAL PRIORITY:** | 6,273.45 | 1,010.24 | .00 |
| | | | |
| **GENERAL UNSECURED PAYMENTS:** | 57,838.11 | .00 | .00 |

## Disbursements:

| | | |
|---|---|---|
| Expenses of Administration | $ | 4,263.30 |
| Disbursements to Creditors | $ | 5,701.70 |
| | | |
| **TOTAL DISBURSEMENTS:** | $ | 9,965.00 |

12)     The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated:    07/16/2009            /s/ Tom Vaughn
                                Tom Vaughn, Chapter 13 Trustee

**STATEMENT**    : This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption  5 C.F.R § 1320. 4(a)(2) applies.

**UST Form 101-13-FR-S(4/1/2009)**